SCANNED at and Emailed 2/20/24 by C.M. pages No.
date initials

**SMALL CLAIMS WRIT AND NOTICE OF SUIT**
JD-CV-40 Rev. 9-19
C.G.S. §§ 51-15, 51-345(g)

*This form is available in other language(s).*

STATE OF CONNECTICUT
SUPERIOR COURT
SMALL CLAIMS SESSION
www.jud.ct.gov

*Type or print legibly. This Small Claims Writ and Notice of Suit must be served on (delivered to) the defendant(s) before filing it with the court. See Instructions to Plaintiff on reverse.*

1.) Location information that will determine where the trial will be: Uncasville, CT 06382

2.) Case type code (*See list on reverse page 1*) Major: S Minor: 55

3.) Is this a claim between a landlord and a tenant (renter)? (*Select one*) ☐ Yes ☑ No

4.) If you answered "Yes" to question #3, state the town where the rental premises is located:

| Parties | Name (*Last, First, Middle Initial*) and Address of Each Party (*Number; Street; P.O. Box; Town; State; Zip; Country, if not USA*) | (*Select one*) | |
|---|---|---|---|
| 5.) First Plaintiff | Name: Andrew Cook<br>Address: 900 Highland Ave, Cheshire, CT 06410<br>Telephone: | ☐ LLC ☐ Partnership<br>☑ Individual ☐ DBA ☒ Corporation | P-01 |
| 6.) Name, address, and zip code of Attorney for Plaintiff(s) | Pro Se | Attorney's Juris Number: | Telephone number (*w/area code*): |
| 7.) First Defendant | Name: Dept. of Treasury - IRS -<br>Address: 333 W. Pershing Road Stop 6574S-2<br>Telephone: Kansas City, MO 64108-4302 | ☐ LLC ☐ Partnership<br>☐ Individual ☐ DBA ☑ Corporation | D-01 |

For more than 1 plaintiff/defendant, attach *Continuation of Parties* (form JD-CV-67) and select this box. ☐

8.) If this claim is a consumer debt, which is a debt or obligation made primarily for personal, family, or household reasons, give the reasons why you believe that the statute of limitations has not expired.

9.) How did you check in the last 6 months that the address given for defendant(s) is accurate? Select all boxes that apply and provide the dates that the address was checked.

☐ I checked town or city records (for example, checking a street list or tax records) ________ (*date checked*)

☐ I checked with the Department of Motor Vehicles ________ (*date checked*)

☑ I received correspondence (letters or other mail) from the defendant with that return address Aug. 15, 2023 (*date checked*)

☐ I received other proof from the defendant that the address is current
Letter to Address 11/21/2023 (*description of proof and date checked*)

☑ I mailed by first class mail, at least 4 weeks before this small claims action was filed, a letter to the defendant at the address used and the letter has not been returned to me by the United States Postal Service ________ (*last date checked for returned letter*)

10.) Amount claimed* $1400.00 **Plus Costs** ☑ Plus pre-judgment interest** ☐ Plus double damages for security deposit withheld**

**The Amount Claimed may not be more than $5,000. Do not include amounts for pre-judgment interest or doubling the security deposit in box 10.*

***If you select one or more boxes, you MUST explain how much you want for each item in section 11 below.*

**To Defendant(s):**

11.) **You are being sued.** The Plaintiff(s) claims you owe the above amount plus costs and pre-judgment interest and/or double damages for a withheld security deposit (if selcted) for the following reasons:

All I've gotten is the "Run-around" from defendant for almost 17 months, I want the common Rate of % for that time and any time it takes for post-Judgement interest. My "Bank" Re-turned my Funds to IRS Sept. 2022 (con't)

JOSE ALBERTO ROBLES
Notary Public, State of Connecticut
My Commission Expires Nov. 30, 2024

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

| 12.) Signed | Type in name of person signing at left and title, if applicable | For Court Use Only (*Date/Stamp*) |
|---|---|---|
| [signature] | Andrew Cook | |
| Subscribed and sworn to before me on J.A.R. Date: February 2nd, 2024 | Signed (*Clerk, Notary, Commissioner of the Superior Court*) [signature] | |
| | | Docket Number |

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

1) CON'T - REASON FOR CLAIM -

THE IRS/TREASURY DEPT. DEPOSITED $1400 ON MY NETSPEND ACC. IN MARCH 2021. I TRIED TO GET NETSPEND TO SEND MY FUNDS TO ME IN JAIL SINCE AROUND MAY 2021, FINALLY THEY RETURNED IT TO ORIGINATOR (IRS) IN SEPT. 27, 2022 - DOCUMENT ENCLOSED, AFTER 6-10 REQUEST TO IRS TO RETURN MY FUNDS TO ME, HERE IN JAIL (TOO NUMEROUS TO ATTACH) I WAS SENT A NOTICE, DATED FEB. 10, 2023 TO FILE MY 2021 TAX RETURN. - DOCUMENT ENCLOSED/AUSTIN, TX - I FILED 2021 RETURN ABOUT APRIL 2023. THEN REC'D IN AUG. 7, 2023 A NOTICE FROM IRS SAYING "THEY'RE REVIEWING RETURN" "60 DAYS" - NOTICE ENCLOSED/KANSAS CITY, MO/3-PG. LETTER. NO RESPONSE. THEN AFTER WRITING 3 MORE LETTER I REC'D NOTICE - DATED SEPT. 06, 2023 STATING "TIME FRAME/BLAH, BLAH, BLAH"! THOUGH THIS NOTICE ACTUALLY ADMITS MY "FUNDS WERE RETURNED AND AWAITING REFUND" (1 YEAR LATER.) IN THE MEANTIME I ASSIGNED MY BROTHER AS POWER OF ATTORNEY TO SEE WHAT HE COULD DO. REC'D LAST LETTER DATED - SEP. 27, 2023 "NEED AN ADDITIONAL 60 DAYS" I SENT LETTER DATED 11/21/2023 - 2 PG. ATTACHED.

IT'S BEEN 17 MONTHS. MY FUNDS SHOULD OF JUST BEEN RETURNED WITHOUT ALL THIS NONSENSE, WHAT? IS IT BECAUSE I'M INCARCERATED. 15 MONTHS WITH NETSPEND THEN AFTER THEY MISTAKENLY RETURNED MY FUNDS TO IRS, IT'S BEEN ANOTHER 17 - OVER 2½ YRS TOTAL, AND I'M NOT GETTING OUT UNTIL JESUS RETURNS - WHICH ISN'T FAR OFF BTW!

ANDREW COOK

NETSPEND

**Netspend Corporation**
PO Box 2136
Austin, Texas 78768-2136
1-86-NETSPEND

netspend.com

Tuesday, September 27, 2022

Andrew Cook
#103713
Corrigan-Radgowski C.C.
986 Norwich-New London Turnpike
Uncasville, CT 06382

Dear Mr. Cook,

We have received your written complaint sent to Pathward ®, National Association concerning the Netspend® Mastercard® Prepaid Card (the "Card Account") you purchased. Your complaint was forwarded to Netspend® because we are the program manager for the Card Account.

On September 16, 2021, you called and informed us that you were incarcerated. You requested the deposit from Internal Revenue Service to be returned to the originator. We transferred you to our Risk Team and they placed a temporary restriction on your account. We asked you to provide us with identifying documents such as government-issued photo identification, Social Security card, and proof of residency dated within 30 days to remove the restriction.

Later that same day you informed us that you were unable to provide the requested documents and requested to close the account. We immediately blocked your card to prevent unauthorized use of the Card Account while you are incarcerated. We also mailed you a letter informing you to contact us once you are released so that we may order a replacement card for you, and provided information needed to grant your Power of Attorney access to your Card Account. We immediately pended the funds remaining on the account for $1,344.30, for review from the Internal Revenue Service.

Our records show that our Legal Team received correspondence from you. We reviewed the account and documentation received but the documentation provided was not approved. We requested the original Power of Attorney document, copy of the named Power of Attorney's state-issued identification or driver's license, their Social Security card, and your state-issued identification or driver's license.

On September 22, 2022, we issued courtesy credit to your account in the amount of $55.90. On this same day the amount of $1,400.00 were returned to the originator. It may take up to 6 business days from the settlement date for the origin to be receive. The Outgoing trace number is 073972180014766.

If you require further assistance with this matter, please contact our Corporate Office at 512-874-7715 between 8:00 am and 8:00 pm, Monday through Friday, Central Standard Time.

Sincerely,
Lilia Duran
Director Customer Experience
Netspend, a Global Payments Company

WHAT ADDRESS ?

IRS Department of the Treasury
Internal Revenue Service
IRS
AUSTIN TX 73301-0025

In reply refer to: 0547829972
Feb. 10, 2023 LTR 3064C 0
***-**-6953 202112 30
Input Op: 0547829972 00020112
BODC: WI

ANDREW COOK
103703
986 NORWICH NEW LONDON TPK
UNCASVILLE CT 06382

Taxpayer identification number: ***-**-6953
Tax periods: Dec. 31, 2021

Dear Taxpayer:

Thank you for your correspondence dated 10062022.

We are no longer re-issuing Economic Impact payments at this time. You are required to file a 2021, Form 1040 (U.S. Individual Income Tax Return) and claim the $1,400.00 stimulus payment as a Recovery Rebate Credit. We apologize for any inconveniences this may cause you.

We are enclosing a Form 1040 and an envelope for your convenience.

Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676).

If you have questions, you can call 800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and write your telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

0547829972
Feb. 10, 2023 LTR 3064C 0
***-**-6953 202112 30
Input Op: 0547829972 00020113

ANDREW COOK
103703
986 NORWICH NEW LONDON TPK
UNCASVILLE CT 06382

Sincerely yours,

Melissa Franklin

Melissa Franklin
Operation 2 Manager

Enclosures:
Envelope
Form 1040

IRS
Department of the Treasury
Internal Revenue Service
333 W Pershing Road Stop 6574S-2
Kansas City, MO 64108-4302

| | |
|---|---|
| **Notice** | CP05 |
| **Tax Year** | 2021 |
| **Notice date** | August 7, 2023 |
| **Social Security number** | XXX-XX-6953 |
| **To contact us** | 800-829-1040 |
| **Your Caller ID** | 308957 |
| **Page 1 of 3** | 29H |

003087.346854.309863.27322 1 MB 0.561 532

ANDREW W COOK
103713
900 HIGHLAND AVE
CHESHIRE CT 06410-1668

103087

Message about your 2021 tax return

# We're holding your refund until we finish reviewing your tax return

We've received your 2021 tax return. We're holding your refund until we finish verifying the accuracy of your return.

We selected your return to verify one or more of the following you may have reported:

- Income
- Income tax withholding
- Tax credits
- Business income

## What you need to know

We'll contact you or your authorized representative if we have questions.

## What you need to do

## If you filed the tax return

You don't need to do anything at this time. We understand your tax refund is very important to you and we'll work to complete our review as quickly as possible.

We could take up to 60 days to complete this review. Please don't contact us prior to 60 days from the date of this notice since we won't be able to provide you any additional information.

You can check your refund status at www.irs.gov/refunds or the IRS2Go mobile app for smart phones.

Once we finish our review, we may send your refund, ask for additional information, or deny all or part of your refund. If you don't agree with the denial, you'll have an opportunity to appeal.

If you haven't received your refund or heard from us after 60 days, you can call us at the number listed above.

Continued on back...

| | |
|---|---|
| **Notice** | CP05 |
| **Tax Year** | 2021 |
| **Notice date** | August 7, 2023 |
| **Social Security number** | XXX-XX-6953 |
| **Page 2 of 3** | 29H |

What you need to do - **continued**

## If you didn't file the tax return

Someone may have attempted to use your personal information to obtain a tax refund. You should do the following:

- Send Form 14039, Identity Theft Affidavit, to the address in the Form 14039 instructions, along with a copy of this notice.
- Notify your financial institutions.
- Contact the fraud department in one of the three major credit bureaus below. The one you contact will notify the others.
  - Equifax 800-525-6285 www.equifax.com
  - Experian 888-397-3742 www.experian.com
  - TransUnion 800-680-7289 www.transunion.com
- Report fraudulent activity to your local police or sheriff's department.
- File a complaint with the Federal Trade Commission on their Website, www.identitytheft.gov, or by calling 877-438-4338.
- Contact the Social Security Administration's website, www.ssa.gov/pubs/10064.html, or call them at 800-772-1213 to get information on identity theft involving Social Security numbers.
- Visit www.irs.gov/ID for additional information.

## Additional information

- Visit www.irs.gov/cp05
- The IRS Identity Protection PIN can help prevent misuse of your taxpayer identification number on fraudulent federal income tax returns. Learn more at www.irs.gov/ippin.
- For tax forms, instructions, and publications, visit www.irs.gov/forms-pubs or call 800-TAX-FORM (800-829-3676).
- You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your Social Security number and the tax year and form number you are writing about.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

### Taxpayer rights and sources for assistance

The Internal Revenue Code (IRC) gives taxpayers specific rights. The Taxpayer Bill of Rights groups these into 10 fundamental rights. See IRC Section 7803(a)(3). IRS employees are responsible for being familiar with and following these rights. For additional information about your taxpayer rights, please see Publication 1, Your Rights as a Taxpayer, or visit irs.gov/taxpayer-bill-of-rights.

### Taxpayer Advocate Service

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that helps taxpayers and protects taxpayers' rights. TAS can offer you help if your tax problem is causing a financial difficulty, you've tried but been unable to resolve your issue with the IRS, or you believe an IRS system, process, or procedure isn't working as it should. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. Visit taxpayeradvocate.irs.gov or call 877-777-4778.

| | |
|---|---|
| **Notice** | CP05 |
| **Tax Year** | 2021 |
| **Notice date** | August 7, 2023 |
| **Social Security number** | XXX-XX-6953 |
| **Page 3 of 3** | 29H |

103087

Additional information — **continued**

Tax professionals who are independent from the IRS may be able to help you.

Low Income Taxpayer Clinics (LITCs) can represent low-income persons before the IRS or in court. LITCs can also help persons who speak English as a second language. Any services provided by an LITC must be for free or a small fee. To find an LITC near you:

- Go to taxpayeradvocate.irs.gov/litcmap;
- Download IRS Publication 4134, Low Income Taxpayer Clinic List available at irs.gov/forms-pubs; or
- Call the IRS toll-free at 800-829-3676 and ask for a copy of Publication 4134.

State bar associations, state or local society of accountants or enrolled agents, or other nonprofit tax professional organizations may also be able to provide referrals.

IRS Department of the Treasury
Internal Revenue Service

IRS
AUSTIN TX 73301-0025

In reply refer to: 0547725812
Sep. 06, 2023 LTR 96C 0
***-**-6953 202112 30 0
Input Op: 0547725812 00001979
BODC: WI

ANDREW W COOK
103713
900 HIGHLAND AVE
CHESHIRE CT 06410-1668

00345

Social Security number or
individual taxpayer ID number: ***-**-6953
Tax periods: Dec. 31, 2021

Form: 1040

Dear Taxpayer:

Thank you for your correspondence which we received on Oct. 12, 2021.

Our records indicate a CP 05 notice was issued on August 07, 2023. Please allow the time frame provided in the notice for refund or additional information. The Economic Impact Payment for the tax year above was returned and awaiting refund once the review is completed.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and write your telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

A copy of this letter and any referenced enclosures have been forwarded to your authorized representative(s).

0547725812
Sep. 06, 2023 LTR 96C 0
***-**-6953 202112 30 0
Input Op: 0547725812 00001980

ANDREW W COOK
103713
900 HIGHLAND AVE
CHESHIRE CT 06410-1668

Sincerely yours,

Melissa Franklin

Melissa Franklin
Operation 2 Manager

IRS Department of the Treasury
Internal Revenue Service
IRS, STOP 6525
KANSAS CITY MO 64999-0025

In reply refer to: 0138640000
Sep. 27, 2023 LTR 2645C K0
***-**-6953 202112 30
Input Op: 0509906705 00017447
BODC: WI

ANDREW W COOK
103713
900 HIGHLAND AVE
CHESHIRE CT 06410-1668

001209

Taxpayer identification number: ***-**-6953
Tax periods: Dec. 31, 2021

Form: 1040

Dear Taxpayer:

Thank you for your inquiry of Apr. 04, 2023.

We're working on your account. However, we need an additional 60 days to send you a complete response on what action we are taking on your account. We don't need any further information from you right now.

If you prefer, you can write to that office at the address we provided in this letter.

If you have questions, you can call 1-800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).

Whenever you write, include a copy of this letter and your telephone numbers along with the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

0138640000
Sep. 27, 2023 LTR 2645C K0
***-**-6953 202112 30
Input Op: 0509906705 00017448

ANDREW W COOK
103713
900 HIGHLAND AVE
CHESHIRE CT 06410-1668

Sincerely yours,

Linda M Petrillo

Linda M. Petrillo, Operations Mgr.
Accounts Management Op 1

S.S.# 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

TO: I.R.S. 11/21/2023

RE: 1400$ owed

This is to request the 1400.00 owed to me by the I.R.S. Dept. of Treasury, to wit, originally the March 2021 stimulus that was paid out (posted to) to my Netspend Account (CARD).

In Summary it took me 14 months to get Netspend to finally Release my funds (1400) but they Returned it to Originator - you - The IRS See: Attached Netspend Letter dated Sept. 27, 2022. So, since Begin Oct. 2022 I've written to 6-8 IRS addresses. Finally I Rec'd some sanity of a (Attached) - letter to fill out/file my 2021 taxes (Feb. 10, 2023/IRS)

Well, did that in April this year. Then I Receive letter (Attached - dated August 7, 2023/IRS) saying being verified (Audit?) Well, Now it's been well past the 60 days time in the CP05. (Oct 6, 2023) And, I've authorized brother in FL to act for me And make in-person Appt. w/IRS in FL. Nothings being done. Just send my friggin money to Address (Return) on the envelope or send to: Inmate Accounts, Dept. of Corrections, P.O. Box 290800, Wethersfield, CT. 06129-0800.

I shouldn't of had to file 2021 taxes to get funds that were mine already but returned by the Bureacracy of Netspend Corp. Now the Bureacracy of I.R.S. is holding my money Hostage! →

(2)

Please just send the funds to me. Call me crazy but I'll be filing a small claims case by mid-December if I rec'd no money by then, w/ Interest since Oct. '22 plus Court Fees.

Sincerely, [signature]

Andrew Cook #10371
900 Highland Ave
Cheshire, CT 06410

Thats my Jail I.D. Number - I've been in jail for 33 months.

STATEMENT OF SERVICE (DELIVERY) –
SMALL CLAIMS
JD-CV-123 Rev. 4-19
P.B. § 24-10

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*

| COURT USE ONLY |
|---|
| SMRSOS |

Instructions

*If filed on paper, fill out one (1) form for each defendant. Attach all documents showing how the Small Claims Writ and Notice of Suit (form JD-CV-40) and related documents were served on (delivered to) the defendant, and check the box below that applies. Keep all receipts showing how much you paid to have the Small Claims Writ and Notice of Suit and related documents served on the defendant.*

*If filed electronically, follow the instructions above and ensure that you select the appropriate name of the document you are filing.*

For service on *(delivery to)* the defendant:
DEPT. of TREASURY (IRS)
*(Write name of defendant above)*

The *Small Claims Writ and Notice of Suit* (form JD-CV-40) and related documents, if any, were served on *(delivered to)* the defendant named above by:

***(Check the box that applies)***

1.) ☐ priority mail with delivery confirmation; delivery confirmation is attached. I paid $ ____________ for this, or

2.) ☐ certified mail, return receipt requested, or with electronic delivery confirmation; signed return receipt, or electronic delivery confirmation, is attached. I paid $ ____________ for this, or

3.) ☐ a nationally recognized courier service providing delivery confirmation; tracking information showing delivery is attached. I paid $ ____________ for this, or

4.) ☐ a proper officer in the manner in which a writ of summons is served in a civil action; officer's return of service filed with the court.

| Signed *(~~Plaintiff or~~ plaintiff's representative)* | Print name | Date signed |
|---|---|---|
| [signature] | AndREW Cook | 2/9/24 |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*